# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2738
_____

Welton James Watson, II,

*Plaintiff - Appellant,*

v.

Sheriff Ron Stovall, Miller County Sheriff; William Floyd, Maintenance Supervisor, Miller County Detention Center; Marty Brazell, Jail Administrator, Miller County Jail Detention Center; Nadia Brown, Head Nurse, Correctional Healthcare Co.; Correctional Healthcare Company,

*Defendants - Appellees.*
_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana
_____

Submitted: March 5, 2015
Filed: March 12, 2015
[Unpublished]
_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.
_____

PER CURIAM.

Welton Watson appeals the district court's[1] adverse summary judgment decision in his 42 U.S.C. § 1983 action asserting Eighth Amendment deliberate-indifference claims. Upon careful de novo review, we agree with the district court's summary judgment decision and the court's underlying reasoning, and we find no basis to reverse. *See Laganiere v. Cnty. of Olmsted*, 772 F.3d 1114, 1116 (8th Cir. 2014) (standard of review for summary judgment decision).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1] The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.